**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARIA SANCHEZ | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | CASE NO.: 21-1509 |
| | : | |
| v. | : | |
| | : | |
| MEADOWS MANAGEMENT, INC. d/b/a | : | |
| THE MEADOWS AT SHANNONDELL | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION OF DISMISSAL**

The parties to this civil action, by their undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Julia W. Clark | /s/ David B. Forbes |
| KARPF, KARPF & CERUTTI, P.C. | CIPRIANI & WERNER, P.C. |
| Julia W. Clark, Esq. | David B. Forbes, Esq. |
| 3331 Street Road | 450 Sentry Parkway, Suite 200 |
| Two Greenwood Square, Suite 128 | Blue Bell, PA 19422 |
| Bensalem, PA | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

Date: October 22, 2021

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

_____
Mitchell S. Goldberg, J.