IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA SANCHEZ | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | CASE NO.: 21-1509 |
| | : | |
| v. | : | |
| | : | |
| MEADOWS MANAGEMENT, INC. d/b/a | : | |
| THE MEADOWS AT SHANNONDELL | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL

The parties to this civil action, by their undersigned attorneys and pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-

captioned action is dismissed with prejudice, each party bearing its own costs and attorneys' fees.

*/s/ Julia W. Clark*                                      */s/ David B. Forbes*

KARPF, KARPF & CERUTTI, P.C.               CIPRIANI & WERNER, P.C.
Julia W. Clark, Esq.                                   David B. Forbes, Esq.
3331 Street Road                                       450 Sentry Parkway, Suite 200
Two Greenwood Square, Suite 128               Blue Bell, PA 19422
Bensalem, PA                                           *Counsel for Defendant*
*Counsel for Plaintiff*


Date: October 22, 2021


The foregoing Stipulation is hereby APPROVED as an Order of the Court.

*/s/ Mitchell S. Goldberg*
Mitchell S. Goldberg, J.